PATRICK H. BARCLAY, Also Known as INDEPENDENT ANCHOR, Appellant, v CITIBANK, N.A., Respondent.

Submitted May 2, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JENNIFER CANGRO, Appellant, v JOHN Z. MARANGOS, Respondent.

Submitted May 2, 2016; decided June 14, 2016

Motion for reconsideration of this Court's February 11, 2016 dismissal order denied [see 26 NY3d 1113 (2016)].

Judge GARCIA taking no part.

GREENS AT HALF HOLLOW HOME OWNERS ASSOCIATION, INC., for Itself and on Behalf of the Residents of THE GREENS AT HALF HOLLOW, et al., Appellants-Respondents, v GREENS GOLF CLUB, LLC, et al., Respondents-Appellants.

Submitted April 18, 2016; decided June 14, 2016

Motion by plaintiffs for leave to appeal denied. Cross motion, insofar as defendant Greens at Half Hollow, LLC seeks leave to appeal, dismissed upon the ground that it is not a party aggrieved (see CPLR 5511); cross motion for leave to appeal otherwise denied.